IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**THOMAS WILLIAM DUPREE, JR.**                                  **PLAINTIFF**

V.                            **4:08CV00327 JMM**

**CITY OF JACKSONVILLE, ARKANSAS;**
**OFFICER CHARLES WELLS; AND**
**OFFICER GREG ROZENSKI**                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on May 13, 2009, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 13th day of May 2009.

_____
James M. Moody
United States District Judge